# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 688 MAL 2014
:
     Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
    v. :
:
:
:
THOMAS P. SHOBACK, :
:
     Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.